NEW YORK LIFE INSURANCE COMPANY, Respondent, *v.* EDWARD ROSEN et al., Appellants.

(Submitted November 17, 1930; decided December 2, 1930.)

*Abraham H. Sarasohn* for appellants.
*Louis H. Cooke* and *Ferdinand H. Pease* for respondent.

Order affirmed, with costs.   Question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.